THE CITY OF NEW YORK et al., Respondents, *v.* GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the CONCORD CASUALTY AND SURETY COMPANY, Appellant.

(Argued March 12, 1935; decided April 16, 1935.)

*Walter B. Herendeen, Seymour Joseph* and *Albert D. Levin* for appellant.

*Paul Windels,* Corporation Counsel (*John F. Collins, Russell Lord Tarbox* and *Harry Merwin* of counsel), for The City of New York, respondent.

*John F. Collins, Russell Lord Tarbox* and *Harry Merwin* for James F. Egan, individually and as Public Administrator, etc., respondent.

Judgments modified by reducing the amount of the recovery to $50,009.22, with interest thereon from March 4, 1933, and as so modified affirmed, without costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.